UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAUN STEELE, | ) |
|       **Plaintiff,** | ) |
| v. | )   CAUSE NO: |
| INDIANA DEPARTMENT OF CORRECTION, et al. | ) |
|       **Defendant.** | )   1:13-cv-0982 JMS-DML |

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 JUN 19 PM 12:03
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Indiana Department of Correction, Bruce Lemmon, Wendy Knight, Timothy Purcell and Michael Osburn.

.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Dated: June 19, 2013     By: _/s/ Grant E. Helms_

Grant E. Helms
Deputy Attorney General
Atty. No. 29953-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6289
Fax:   (317) 232-7979
Email: Grant.Helms@atg.in.gov

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically on this 19th day of June, 2013. I further certify that a copy of the foregoing has been sent to the party of record listed below by United States mail, first-class postage prepaid on this 19th day of June, 2013:

>Shaun L. Steele
>IDOC # 994225
>Correctional Industrial Facility
>5124 W. Reformatory Road
>Pendleton, IN 46064

>*/s/ Grant E. Helms*
>Grant E. Helms
>Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6289
Fax: (317) 232-7979
Email: Grant.Helms@atg.in.gov