UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

SHAUN STEELE, )
)
Plaintiff, )
)
v. ) Cause No. 1:13-CV-00982-JMS-DKL
)
INDIANA DEPARTMENT )
OF CORRECTION, et al., )
)
Defendant(s). )

## ORDER GRANTING MOTION FOR INITIAL EXTENSION OF TIME

This matter comes before the Court on the Motion for an Extension of Time filed by Defendants Indiana Department of Correction, Bruce Lemmon, Wendy Knight, Timothy Purcell, and Michael Osburn. The Court, having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the deadline for the Defendants to answer or otherwise respond to the Plaintiff's Complaint is extended to **July 23, 2013**.

Date: 06/26/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Shaun L. Steele
IDOC # 994225
Correctional Industrial Facility
5124 W. Reformatory Road
Pendleton, IN 46064