UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-982-JMS-DKL |
| | ) | |
| WENDY KNIGHT Superintendent, | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

The plaintiff=s motion to proceed *in forma pauperis* [dkt. 7] is **granted.** The plaintiff is assessed an initial partial filing fee of Eight Dollars and Zero Cents ($8.00). He shall have **through August 23, 2013,** in which to pay this sum to the clerk of the district court.

The **clerk** shall **file and docket** a copy of the plaintiff's motion to proceed *in forma pauperis* (docket 7 in this case) in *Steele v. Dr. Elrod,* 1:13-cv-1044-WTL-TAB.

**IT IS SO ORDERED.**

Date: 07/15/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Financial Deputy Clerk

SHAUN STEELE, DOC #994225
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.