UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-982-JMS-DKL |
| | ) | |
| WENDY KNIGHT Superintendent, | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

The Entry of July 15, 2013, is **rescinded** because it was issued inadvertently. The filing fee was paid for this action by the defendant when it was removed to this Court.

The complaint will be screened as required by 28 U.S.C. § 1915A(b). The parties will be notified when the screening is complete.

**IT IS SO ORDERED.**

Date: 09/04/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SHAUN STEELE, DOC #994225
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Electronically registered counsel