UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-982-JMS-DKL |
| | ) | |
| WENDY KNIGHT Superintendent, | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

The plaintiff's request for belated motion to correct error, filed on September 4, 2013, in this action, alleges that the plaintiff's medical claims should have been allowed to continue against defendants Department of Correction and Wendy Knight. The request for leave to file a belated motion to correct error [dkt. 10] is **denied** because it is untimely and the plaintiff has provided no explanation for its delay. The Court screened the original complaint and severed misjoined claims into three cases in the Order of June 28, 2013.

The Court further notes that the case that was opened to address plaintiff's medical claims asserted against Dr. Elrod and Corizon is No. 1:13-cv-1044-WTL-TAB. That case was closed on September 4, 2013, because the plaintiff failed to pay the initial partial filing fee. If plaintiff pays the initial partial filing fee in a prompt manner, he may file a motion to request that the Court reopen the case. The clerk shall include a **copy of the docket sheet** for this case and 1:13-cv-1044-WTL-TAB with the plaintiff's copy of this Entry.

**IT IS SO ORDERED.**

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 09/06/2013

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Distribution:

SHAUN STEELE, DOC #994225
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Electronically registered counsel