UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:13-CV-00982-JMS-DKL |
| INDIANA DEPARTMENT OF CORRECTION, *et al.*, | ) ) ) ) | |
|     Defendant(s). | ) | |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Wendy Knight, by counsel, Grant E. Helms, Deputy Attorney General, submits her Answer and Affirmative Defenses to Plaintiff Shaun Steele's Complaint.[1] In response, the Defendant states the following:

### I. Parties

1. The Defendant admits the Plaintiff's incarceration information contained in paragraph 1.

2. The Defendant admits the address and employment information contained in paragraph 2, but she denies that she is a proper Defendant in this matter.

### II. Jurisdiction

The Defendant admits to proper jurisdiction in this matter.

### III. Basis for Claims

The Defendant admits that the Plaintiff is suing pursuant to 42 U.S.C. § 1983, but denies that the lawsuit is otherwise properly brought.

---

[1] The Court severed various claims brought by Steele on June 28, 2013 (DE 6). In this particular action, the only remaining Defendant is Superintendent Wendy Knight. The only remaining claim against her is "Claim 1," the allegation that Steele's conditions of confinement were unconstitutional. *See also* Court's Screening Order pursuant to 28 U.S.C. § 1915A(b) dated September 10, 2013 (DE 12).

### IV. Claims

**Claim 1:** The Defendant admits that the Plaintiff was incarcerated at the Correctional Industrial Facility during the relevant timeframe at issue, but she denies all remaining allegations contained in this narrative paragraph.

**Claim 2:** The Defendant denies the allegations contained in this narrative paragraph.

**Claim 3:** [severed out by the Court]

**Claim 4:** [severed out by the Court]

### V. Previous Lawsuits and Administrative Relief

The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this section and, therefore, denies the same.

### VI. Cause of Action

1 – 6.  The Defendant denies the allegations contained in paragraphs one through six of this section.

### VII. Request for Relief

The Defendant denies that the Plaintiff is entitled to relief through this lawsuit.

### DEFENDANT'S JURY REQUEST

The Defendant, by counsel, respectfully requests a jury trial.

### AFFIRMATIVE DEFENSES

Without waiving any of the defenses set forth herein, or any other defenses available at law or equity, for its defenses to Plaintiff's Complaint, the Defendant asserts as follows:

1. The Defendant denies all allegations contained in the Complaint not heretofore specifically admitted or denied.

2. The Plaintiff's rights under the Constitution and/or laws of the United States were not violated by any actions of the Defendant.

3. The Plaintiff may have failed to exhaust his available administrative remedies while incarcerated for the allegations at issue in this matter.

4. The Defendant was not personally responsible for or directly involved in conduct that would give rise to liability under 42 U.S.C. § 1983 and the Plaintiff's constitutional rights.

5. The Defendant at all times acted reasonably, without malice, and in good faith.

6. The Defendant's actions were objectively reasonable and did not violate any clearly established principle of federal law; therefore, defendant is entitled to qualified immunity.

7. The Defendant was not deliberately indifferent to any of the Plaintiff's conditions of confinement.

8. Defendant reserves the right to raise additional defenses and/or to amend her Answer as more information is developed in the course of discovery.

WHEREFORE, the Defendant requests that the Plaintiff take nothing by way of his Complaint and for all other just and proper relief in the premises.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By:    */s/ Grant E. Helms*
Grant E. Helms
Deputy Attorney General
Atty. No. 29953-49

**CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing has been duly served upon the parties and/or counsel of record listed below, by United States mail, first-class postage prepaid, on September 30, 2013.

Shaun L. Steele
IDOC# 994225
Correctional Industrial Facility
5124 W. Reformatory Road
Pendleton, IN 46064

            */s/ Grant E. Helms*
            Grant E. Helms
            Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6304
Facsimile: (317) 232-6289
E-mail: grant.helms@atg.in.gov