UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:13-cv-982-JMS-DKL |
| | ) |
| WENDY KNIGHT Superintendent, | ) |
| | ) |
| Defendant. | ) |

**Entry Directing Further Proceedings**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The defendant shall have **through November 6, 2013,** in which to either 1) file a dispositive motion in support of its affirmative defense that the plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit, or 2) withdraw that affirmative defense.[1] If such a motion is filed, the plaintiff shall have **thirty (30) days** in which to respond. The defendant shall then have **fifteen (15) days** in which to reply.

2. Except for activities associated with the development and resolution of the defendant's affirmative defense that the plaintiff failed to exhaust his administrative remedies prior to filing this action, or any other matter directed by the court, any other activities or deadlines in the action are **stayed.**

---

[1] If the defendant's view is that this affirmative defense is not amenable to resolution through a dispositive motion, it shall notify the court of this fact no later than the date a dispositive motion would otherwise be due.

**IT IS SO ORDERED.**

Date: 10/01/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele
994225
Correctional Industrial Facility
5124 West Reformatory Road
Pendleton, IN 46064

Electronically registered counsel