UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT Superintendent, | ) ) ) |
| Defendant. | ) |

**E N T R Y**

The plaintiff's motion for extension of time [dkt. 18] is **granted.** He shall have **through January 6, 2014,** in which to respond to the defendant's motion for summary judgment.

**IT IS SO ORDERED.**

Date: 12/05/2013

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele
994225
Correctional Industrial Facility
5124 West Reformatory Road
Pendleton, IN 46064

Electronically registered counsel