United States District
Southern District of Indiana
Indianapolis Division

Shaun Steele,
    Plaintiff

                  Cause No. 1:13-CV-0982-JMS-DKL

v.

Wendy Knight,
    Defendant.

## Request for Second Enlargement of time.

    Comes now the plaintiff Shaun C. Steele in request for a second enlargement of time to file a response to defendants Summary Judgment. In support of this motion, plaintiff states as follows:

1. Defendants filed a Summary Judgment motion with a mailing date of November 6th 2013, plaintiff received the filing on November 11th 2013 since it was mailed to a person.

2. Since this court split one lawsuit into three, it has been extremely hard to get all responses done. It would only take an additional day or two to complete once Steele is released from solitary confinement.

3. Steele has had a serious problem with the defendants

retaliating on the plaintiff. Defendants keep puting Steele in administrative segregation/solitary confinement for frivelous conduct reports in which they have (7) working days to complete; but then calling it an investigation and claiming they can take 45 days.

4. This time their plan was to hold Steele in administrative segregation through christmas and most likely New years. Steele can not even call his 5 year old daughter for christmas.

5. This was done by Wendy Knight and Mathew Johnson because of my complaints of no toilets and sinks; and the Law Library issue in Cause No. 1:13-CV-01045-TWP-DKL. Administrative Segregation is the only dorm with a toilet and sink. So now Steele is being punnished to have a toilet and sink.

6. Steele has approximately typed 20 pages in response to defendants summary judgment but has no access to it while in segregation. Steele believes this is also part of defendants plan.

7. Defendants summary judgment is based solely on a claim of a failure to exhaust administrative remedies. Steele did exhaust all administrative remedies. (Exhibit K).

8. An additional period of (14) days, to and including January 20th 2014 is neccessary to allow Steele to be released from segregation and get back to the law library and finish

typing his response to defendants Summary Judgment.

9. This request is being made in good faith and not for the purpose of hinderance or delay. It just is not possible for Steele to complete his response from Seg.

Wherefore, the plaintiff respectfully moves the court for an enlargement of time of (14) days, up to and including January 20th 2014, in which to file and serve his Summary Judgment response.

*Shaw Steele*

Certificate of Service

I hereby certify that on December 23rd 2013, a copy of the foregoing and attached was filed by mailing a copy to attorney for the defendants at 302 W. Washington St. Indianapolis, In 46204, by us post office postage pre paid.

*Shaw Steele*