UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 1: 13−CV−00982−JMS−DKL |
| | ) |
| INDIANA DEPARTMENT | ) |
| OF CORRECTION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Wendy Knight.

    I certify that I am admitted to practice in this court.

                                        Respectfully submitted,

                                        GREGORY F. ZOELLER
                                        Indiana Attorney General
                                        Attorney No. 1958-98

Date: May 28, 2014                By:    /s/ LaKesha D. Triggs
                                          LaKesha D. Triggs
                                          Deputy Attorney General
                                          Attorney No. 27370-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:        (317) 232-6326
Fax:          (317) 232-7979
Email:        lakesha.triggs@atg.in.gov

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing has been duly served upon the party of record listed below by United States mail, first-class postage prepaid, on May 28, 2014:

Shaun Steele
DOC 994225
3038 W. 850 S.
Bunker Hill, IN 46914
*Pro Se Plaintiff*

/s/ *LaKesha D. Triggs*
LaKesha D. Triggs
Deputy Attorney General
Atty. No. 27370-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6326
Fax:    (317) 232-7979
Email:  LaKesha.Triggs@atg.in.gov