UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) |
| v. | ) Cause No.: 1: 13−CV−00982−JMS−DKL |
| INDIANA DEPARTMENT OF CORRECTION, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

This matter is before the Court on the motion by Defendant Wendy Knight to withdraw the appearance of former Deputy Attorney General Grant E. Helms.

The Court now **GRANTS** this motion. The Clerk is directed to show on the docket that the appearance of Grant E. Helms is withdrawn as of the date of this Order. The appearance of Deputy Attorney General LaKesha D. Triggs remains in effect.

**SO ORDERED**.

Dated: 05/29/2014

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF registered counsel

**Non-electronic distribution to:**

Shaun Steele
DOC 994225
3038 W. 850 S.
Bunker Hill, IN 46914