# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-CV-00982-JMS-DKL |
| ) | |
| WENDY KNIGHT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES DEFENSE

Defendant Wendy Knight ("Defendant"), by counsel, LaKesha D. Triggs, Deputy Attorney General, hereby notifies the Court and parties that their previously interposed affirmative defense of the failure to exhaust administrative remedies is hereby withdrawn. In all other aspects, the Answer to Complaint and Statement of Defenses previously filed with the Court by the Defendant shall remain unchanged unless amended.

Respectfully Submitted,

GREGORY F. ZOELLER
Attorney General of Indiana

Dated: August 11, 2014        By:   */s/ LaKesha D. Triggs*
                                    LaKesha D. Triggs
                                    Deputy Attorney General
                                    Atty. No. 27370-49

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing has been duly served upon the party of record listed below by United States mail, first-class postage prepaid, on August 11, 2014:

Shaun L. Steele
IDOC# 994225
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914

*/s/ LaKesha D. Triggs*
LaKesha D. Triggs
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6326
Fax:    (317) 232-7979
Email:  lakesha.triggs@atg.in.gov