# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 1: 13−CV−00982−JMS−DKL |
| | ) |
| WENDY KNIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendant, by counsel, filed a Motion for Extension Time requesting an additional thirty (30) day extension to respond to Plaintiff's discovery requests to November 10, 2014.

For good cause shown, the motion is **GRANTED**.

**IT IS ORDERED** that the Defendant shall have up to and including November 10, 2014 to respond to Plaintiff's discovery requests.

**SO ORDERED.**

October 8, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF registered counsel

Shaun L. Steele
DOC# 994225
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914