# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT Superintendent, | ) ) ) |
| Defendant. | ) |

**Entry on Motion for Leave to Serve Requests for Admission**

The Court has considered the plaintiff's motion for leave to serve 91 requests for admission. As noted by the plaintiff, Local Rule 36-1 limits the number of requests for admission to 25 without leave of Court. The plaintiff asserts that it is nearly impossible for him, as a *pro se* prisoner, to conduct depositions and that the requests for admission would provide him pertinent admissible evidence in lieu of taking depositions. The Court has reviewed the proposed requests for admission and acknowledges the difficulty *pro se* prisoners face in conducting depositions. The plaintiff has provided a reasonable basis for his motion, and therefore, his motion for leave to serve 91 requests for admission [dkt. 39] is **granted.** This ruling assumes that the plaintiff has not also served duplicative interrogatories.

The defendant shall have thirty (30) days from the date of issuance of this Entry in which to respond to the plaintiff's requests for admission.

**IT IS SO ORDERED.**

Date: October 27, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele
994225
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel