# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 1:13-CV-982-JMS-DKL |
| WENDY KNIGHT, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant Wendy Knight ("Defendant"), by counsel, LaKesha D. Triggs, Deputy Attorney General, respectfully responds to Plaintiff's Motion to Compel Discovery and requests that the Court denied Plaintiff's Motion. In support, Defendant states as follows:

1. Defendant has properly responded to all discovery requests served upon her by Plaintiff; Defendant is acting neither in bad faith nor in a manner meant to hinder or delay the discovery process.

2. Defendant has truthfully responded to all requests for admissions within the best of her ability pursuant to Fed. R. Civ. P. 36. Regarding the specific requests of admissions that Plaintiff alludes to in his Motion to Compel, Defendant lacks the requisite knowledge or information to either admit or deny these specific requests.

3. Defendant has informed Plaintiff that a video does not exist because it is purged after approximately forty (40) days. Therefore, Defendant is not obligated to provide a video that she does not have.

1

4. While Plaintiff is entitled to relevant discovery, some information will be considered confidential in order to maintain the security of the facility and the safety of the offenders and employees alike.

5. Defendant has answered all relevant requests to the best of her ability. Therefore, this Court should deny Plaintiff's Motion to Compel.

Respectfully submitted,

GREGORY F. ZOELLER
ATTORNEY GENERAL OF INDIANA
Atty. No. 1958-98

By: /s/ *LaKesha D. Triggs*
LaKesha D. Triggs
Deputy Attorney General
Attorney No. 27370-49

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Further, I certify that a copy of the foregoing has been duly served upon the party of record listed below by United States mail, first-class postage prepaid, on December 17, 2014:

    Shaun L. Steele
    IDOC# 994225
    Miami Correctional Facility
    3038 West 850 South
    Bunker Hill, IN 46914

                                                       */s/ LaKesha D. Triggs*_____
                                                       LaKesha D. Triggs
                                                       Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 232-6326
Facsimile:  (317) 232-7979
E-mail:  LaKesha.Triggs@atg.in.gov