UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-982-JMS-DKL |
| ) | |
| WENDY KNIGHT Superintendent, ) | |
| ) | |
| Defendant. ) | |

## Entry Discussing Motion to Compel

The plaintiff's motion to compel and the defendant's response thereto, as well as the correspondence between the parties in November of 2014, have been considered. The plaintiff's motion to compel [dkt. 41] is **granted in part and denied in part.** The motion to compel is **granted** to the extent that the defendant shall have **through February 13, 2015,** in which to:

1) provide the plaintiff copies of any non-confidential policies or portions thereof that are responsive to Request for Production Nos. 8, 9, 10, and 11, but limited to the time periods covering December 2011 and July 2012;

2) provide the plaintiff with any non-confidential documents responsive to Interrogatory Nos. 4/11 and 17; and

3) file *ex parte* documents that are:

   a) responsive to Interrogatory No. 5;
   b) responsive to Requests for Production Nos. 1 and 2; and
   c) confidential documents responsive to Request for Production Nos. 8, 9, 10, and 11, but limited to the time periods covering December 2011 and July 2012.

The motion to compel is **denied** in all other respects.

**IT IS SO ORDERED.**

Date: January 21, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele
994225
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel