UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| SHAUN STEELE, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT Superintendent, | ) |
| Defendant. | ) |

**Entry Extending Certain Deadlines**

The plaintiff's motion for extension of time [dkt. 48] is **granted in part and denied in part,** consistent with the following:

1. The parties shall have **through April 17, 2015,** in which complete written discovery and discovery depositions pursuant to Rules 26 through 37 and 45 of the *Federal Rules of Civil Procedure*. This means discovery must be served 30 days before the deadline to allow time for a response.

2. The parties shall have **through May 18, 2015,** in which to file any motion for summary judgment.

**IT IS SO ORDERED.**

Date: 02/12/2015

*Jane E. Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel