UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT Superintendent, | ) ) ) |
| Defendant. | ) |

# E N T R Y

The plaintiff's motion for the appointment of counsel [dkt. 54] is **denied** because he alleges that he can pay an attorney but has not been able to find one willing to take his case. Pursuant to 28 U.S.C. § 1915(e)(1), courts are empowered only to "request an attorney to represent any person unable to afford counsel." Because the plaintiff has the resources to offer payment, he should continue his efforts to recruit counsel on his own.

**IT IS SO ORDERED.**

Date: March 19, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel