UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT, Superintendent, et al., | ) ) ) | |
| Defendants. | ) | |

**E N T R Y**

**I.**

The plaintiff is directed to **report with more specificity, not later than April 17, 2015,** the amount of money he has offered or could offer to attorneys when trying to retain counsel for this case. If he continues to seek the recruitment of counsel, he must file an updated affidavit of indigency, along with a copy of his trust fund account for the past six months.

**II.**

The pretrial schedule issued on August 14, 2014 (dkt. 36) and the Entry extending deadlines issued on February 12, 2015 (dkt. 49) are **vacated.** After the newly added defendants respond to the claims as set forth in the Entry Granting Motion for Clarification and Reconsideration, the Court will issue an updated pretrial schedule. The defendant's motion to extend discovery and dispositive motions deadline [dkt. 58] is **denied as moot.**

**III.**

The plaintiff's motion to compel filed on March 30, 2015, remains pending.

**IT IS SO ORDERED.**

Date: April 6, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel