IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN L. STEELE, | : | |
| Plaintiff Pro Se, | : | CASE NO. 1:13-CV-00982-JMS-DKL |
| VS. | : | District Judge Jane Magnus-Stinson<br>Magistrate Judge Denise K. LaRue |
| WENDY KNIGHT, et al., | : | |
| Defendant | : | |

## APPEARANCE OF COUNSEL

NOW COMES **BLEEKE DILLON CRANDALL, P.C.**, represented by **Jeb A. Crandall**, and hereby enters their appearance in this matter on behalf of Defendant R. Dale Fleming, LAC, CADACII, CCJP.

This 30th day of April, 2015.

                                       Respectfully submitted,

                                       s/Jeb A. Crandall
                                       JEB A. CRANDALL (#26323-49)
                                       *Attorney for Defendant R. Dale Fleming,*
                                       *LAC, CADACII, CCJP*

Jeb A. Crandall, #26323-49
**Bleeke Dillon Crandall, P.C.**
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
Phone: (317) 567-2222
Fax: (317) 567-2220
E-Mail: jeb@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lakesha D. Triggs
INDIANA ATTORNEY GENERAL
302 West Washington Street
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204

I hereby certify that on April 30, 2015, a copy of the foregoing was mailed, by first class mail U.S. Mail, postage prepaid and properly addressed to the following:

Shaun L. Steele, 994225
Miami - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914

s/ Jeb A. Crandall