UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| SHAUN STEELE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-00982-JMS-DKL |
| | ) | |
| WENDY KNIGHT, Superintendent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry Directing Re-Issuance of Process

The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(3), to re-issue and serve process on defendants Sgt. Peters and Officer Matthew Johnson in the manner specified by *Fed. R. Civ. P.* 4(d)(1). Process shall consist of the Amended Complaint, (Docket No. 45-1), applicable forms, the Entry Granting Motion for Clarification issued on April 6, 2015 (Docket No. 61), and this Entry.

**IT IS SO ORDERED.**

Date: 06/08/2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Sgt. Peters, Correctional Industrial Facility, 5124 W. Reformatory Rd., Pendleton, IN 46064

Officer Matthew Johnson, Correctional Industrial Facility, 5124 W. Reformatory Rd., Pendleton, IN 46064

Electronically registered counsel

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.