FILED
U.S. DISTRICT COURT
INDIANAPOLIS
2015 JUN 15 PM 4: 15
SOUTHERN
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHAUN STEELE, )
)
        Plaintiff, )
)
v. ) Case No. 1:13-cv-00982-JMS-DKL
)
WENDY KNIGHT, Superintendent, et al., )
)
        Defendants. )

## WAIVER OF THE SERVICE OF SUMMONS

**TO:** Clerk of Court, Southern District of Indiana

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6-10-15

                                                        */s/ Matt Johnson*
                                                        Signature
                                                        Matt Johnson
                                                        Printed or Typed