UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-982-JMS-DKL ) |
| WENDY KNIGHT, Superintendent, et al., | ) ) |
| Defendants. | ) |

**Entry Issuing Partial Stay, on Renewed Motion to Compel, and Directing Further Proceedings**

**I.**

Newly added defendant Fleming has filed a motion for summary judgment on the basis of failure to exhaust administrative remedies. This defense must be resolved before reaching the merits of the claim against Mr. Fleming. *See Pavey v. Conley*, 544 F.3d 739, 742 (7th Cir. 2008). *With respect to the claim against Mr. Fleming*, except for activities associated with the development and resolution of his affirmative defense that the plaintiff failed to exhaust his administrative remedies prior to filing his amended complaint, or any other matter directed by the Court, all other matters in the action are **stayed.** The plaintiff shall have **through August 7, 2015,** in which to respond to defendant Fleming's motion for summary judgment.

**II.**

The plaintiff's renewed motion to compel [dkt. 59] has been considered. The Court notes that none of the documents and responses filed *ex parte* relate to the issue of whether the plaintiff exhausted his administrative remedies with respect to the claim against Mr. Fleming.

The Court has reviewed the *ex parte* documents filed on February 13, 2015. The plaintiff's renewed motion to compel [dkt. 59] is **denied in substantial part and granted only to the extent** that the defendants shall **supplement** their responses to the plaintiff by providing an answer to Interrogatory 5. The confidential logs do not have to be produced, but the plaintiff is entitled to know what time the defendants contend that cell 30 on 3 was allowed to use the restroom and get water on July 5, 2012.

### III.

After defendants Sgt. Peters and Matthew Johnson have appeared and filed their response to the amended complaint, the Court will issue an updated pretrial schedule.

**IT IS SO ORDERED.**

Date: _____07/07/2015_____

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels,
3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel