UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| SHAUN STEELE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-982-JMS-DKL |
| | ) | |
| WENDY KNIGHT, Superintendent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

The plaintiff's motion for extension of time [dkt. 80] is **granted.** He shall have **through September 1, 2015,** in which to respond to the defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Date: 07/30/2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel