UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:13-cv-982-JMS-DKL |
| WENDY KNIGHT, Superintendent, et al., | ) ) ) |
| Defendants. | ) |

**E N T R Y**

**I.**

Defendant Wendy Knight shall have **through August 24, 2015,** in which to answer or otherwise respond to the amended complaint (dkt. 62).

**II.**

The clerk shall **terminate** the Correctional Industrial Facility ("CIF") from the docket. The CIF is a building, not a suable entity.

**IT IS SO ORDERED.**

Date:  08/10/2015

*Jane E. Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels, 3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION