UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 1:13−CV−00982−JMS−DKL |
| | ) |
| WENDY KNIGHT, Superintendent, et al | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants Wendy Knight, Matthew Johnson, and Sgt. Jeff A. Peters.

I certify that I am admitted to practice in this court.

    Respectfully Submitted,

    GREGORY F. ZOELLER
    Attorney General of Indiana

By:   *s/ William H. Brainard*
    William H. Brainard
    Deputy Attorney General
    Atty. No. 31904-29

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system.

Jeb Adam Crandall
BLEEKE DILLON CRANDALL, PC
jeb@Bleekedillioncrandall.com

Further, I hereby certify that a copy of the foregoing has been duly served upon the party of record listed below, by United States mail, first-class postage prepaid, on August 17, 2015:

Shaun Steel
DOC # 994225
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914


    *s/ William H. Brainard*
    William H. Brainard
    Deputy Attorney General


OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204
Phone:  (317) 232-7192
FAX:    (317) 232-7979
Email:   William.Brainard@atg.in.gov