UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 1:13−CV−00982−JMS−DKL ) |
| WENDY KNIGHT,  Superintendent, et al | ) ) |
| Defendants. | ) |

## ORDER

Defendants Wendy Knight, Matthew Johnson, and Sgt. Jeff A. Peters, by counsel, William H. Brainard, Deputy Attorney General, Deputy Attorney General filed a motion to withdraw the appearance of LaKesha D. Triggs. The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** the motion.

**IT IS, THEREFORE, ORDERED** by the Court that the appearance of LaKesha D. Triggs for the Defendants is withdrawn.  The appearance of Deputy Attorneys General William H. Brainard and Jonathan P. Nagy are entered on behalf of the Defendants.

Date: 08/18/2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution to all ECF Registered counsel.**

Shaun Steele
DOC # 994225
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914