UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 1:13−CV−00982−JMS−DKL |
| | ) |
| WENDY KNIGHT, Superintendent, et al | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION OF TIME

Defendants Wendy Knight, Peters, and Johnson, by counsel, filed their Motion for Extension of Time. The Court, being duly advised, hereby **ORDERS** as follows:

1. Defendant Knight shall have until **September 23, 2015**, to respond to the Amended Complaint.

2. Defendants Peters and Johnson shall have until **October 9, 2015**, to develop the affirmative defense of failure to exhaust administrative remedies as previously instructed by the Court.

Date: 08/18/2015

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Shaun Steele
DOC # 994225
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914

1