**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAUN STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-982-JMS-DKL |
| | ) | |
| WENDY KNIGHT, Superintendent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff's motion for extension of time [dkt. 91] is **granted** to the extent that his

response to defendant Flemming's motion for summary judgment filed on September 10, 2015, is

considered timely filed.

**IT IS SO ORDERED.**

Date:   September 14, 2015

*Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shaun L. Steele, 994225, MIAMI CORRECTIONAL FACILITY, Inmate Mail/Parcels,
3038 West 850 South, BUNKER HILL, IN 46914

Electronically registered counsel