UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN L. STEELE,<br><br>Plaintiff,<br><br>v.<br><br>WENDY KNIGHT Superintendent, et al.,<br><br>Defendants. | No. 1:13-cv-00982-JMS-DKL |

**Entry Discussing Motions Relating to the Failure to Exhaust Administrative Remedies Defense**

**I.**

The motion for summary judgment filed by defendant Fleming [dkt. 76] is **denied** because the plaintiff has provided sufficient evidence to create a genuine issue of material fact as to whether the administrative process was available to him when he attempted to file a grievance on or about November 29, 2013, concerning the November 22, 2013, incident when defendants Flemming and Johnson allegedly denied him the use of the restroom. *See* dkt. 98.

**II.**

The motion for *Pavey* hearing, filed by defendants Superintendent Knight, Matthew Johnson, and Sgt. Peters [dkt. 100] is **granted.** The merits of the failure to exhaust defense will be resolved as to all defendants at the hearing.

The Court will set the *Pavey* hearing and a pretrial conference to prepare for that hearing in a separate Entry in the near future.

**IT IS SO ORDERED.**

Date: October 21, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SHAUN L. STEELE
994225
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel