# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN L. STEELE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-cv-00982-JMS-DKL |
| WENDY KNIGHT Superintendent, et al., | ) |
| Defendants. | ) |

**Entry Setting *Pavey* Hearing on February 26, 2016
and Setting Discovery Deadline**

This action is set for hearing pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008), on **February 26, 2016, at 9:00 a.m.**, to resolve the defendants' affirmative defense that the plaintiff failed to exhaust his available administrative remedies prior to filing this action.

The hearing will be conducted in Courtroom 307 of the United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The anticipated duration of the hearing is up to one day.

A separate order for the plaintiff's production at the hearing will be issued closer to the time of the hearing. A pretrial conference with the Magistrate Judge will also be set prior to the hearing.

Any discovery related to the issue of exhaustion must be **completed not later than December 31, 2015.**

IT IS SO ORDERED.

Date: October 23, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SHAUN L. STEELE
994225
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel