UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN L. STEELE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-00982-JMS-DKL |
| WENDY KNIGHT Superintendent, et al., | ) ) ) |
| Defendants. | ) |

**Entry Setting Conferences Prior to Pavey Hearing**

**I.**

Consistent with the Entry of October 23, 2015, a hearing will be conducted on February 26, 2016, at 9:00 a.m., pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008), to resolve the defendants' affirmative defense that the plaintiff failed to exhaust his available administrative remedies prior to filing this action.

To facilitate and ensure the efficient submission of evidence and argument concerning the exhaustion issue, this action is set for telephonic status conference on **TUESDAY, DECEMBER 8, 2015, AT 10:00 A.M., EASTERN**, before Magistrate Judge Denise K. LaRue. To facilitate this conference, counsel for the defendants is ordered to make advance arrangements with the correctional facility where the plaintiff is housed to place a call to the pro se plaintiff at the time of the conference and then call the main chambers line, (317) 229-3930.

Also, a pretrial conference will be conducted on **JANUARY 25, 2016, AT 10:00 A.M.** in Courtroom 243 of the United States Courthouse in Indianapolis, Indiana. The anticipated duration of the conference is ninety (90) minutes.

The burden of proof as to such defense rests on the defendants. *See Jones v. Bock*, 549 U.S. 199, 216 (2007); *Conyers v. Abitz*, 416 F.3d 580, 584 (7th Cir. 2005). The meaning of the exhaustion requirement is this: The Prison Litigation Reform Act requires that a prisoner exhaust his available administrative remedies before bringing a suit concerning prison conditions. 42 U.S.C. § 1997e(a).

**II.**

The parties will attend the conference having done the following:

1. The parties will have completed discovery concerning the issue of exhaustion. If the Court finds that necessary discovery is incomplete in some respect despite diligent efforts by the parties, an appropriate order for the completion of such discovery may be issued.

2. **On or before January 22, 2016,** final witness lists shall be filed and exchanged. The witness lists shall consist of the name and address of each anticipated witness, together with a brief summary of the evidence to be introduced through the testimony of such witness. Any inmate witness shall be identified by inmate, location, and inmate number.

3. **On or before January 22, 2016,** each party shall file and serve upon the other party a list of all exhibits that party intends to present relating to the exhaustion issue at the *Pavey* hearing. Each party's exhibit list shall include a copy of each of the exhibits

identified therein. The plaintiff shall use numerical identification on his exhibits (1, 2, 3). The defendants shall use alphabetical identification on their exhibits (A, B, C). Any objections to such exhibits shall be filed within seven (7) days of the filing of the exhibit list. Any objection shall be particularized as to authenticity or relevancy, or both.

4. **On or before January 22, 2016,** the parties shall stipulate to pertinent facts as to which there is no dispute. The parties' contentions and the factual aspects relating to such contentions shall be identified. From this information, the Court will identify the pertinent questions which must be resolved at the hearing.

5. The parties will identify and discuss any other information necessary for scheduling or conducting the *Pavey* hearing.

A separate Order shall issue directing the production of the plaintiff at the conference.

### III.

If the plaintiff anticipates calling any non-prisoner witnesses, he must tender attendance fees and mileage for each such witness **not later than February 4, 2016.** The daily attendance fee is $40.00, per witness, per day. Mileage is calculated at a rate of $.575 per mile, round trip. Such payments shall be made by a money order for each witness, made payable to the witness. Questions concerning these directions may be directed to the Staff Attorney Office at 317 229-3950.

**IT IS SO ORDERED.**

Date: 10/30/2015

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

SHAUN L. STEELE
994225
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel