UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAUN L. STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-00982-JMS-DKL |
| | ) | |
| WENDY KNIGHT Superintendent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff reported in April 2015, that he had some funds to pay an attorney. The plaintiff shall have **through December 1, 2015,** in which to **report** whether he has continued his efforts to retain counsel, in particular for purposes of assisting him with the *Pavey* hearing, and the result of those efforts. If he seeks the Court's assistance in recruiting counsel to assist with the *Pavey* hearing, he may promptly renew his motion requesting the recruitment of counsel.

**IT IS SO ORDERED.**

Date: November 18, 2015

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SHAUN L. STEELE, 994225
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel