**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAUN L. STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-00982-JMS-DKL |
| | ) | |
| WENDY KNIGHT Superintendent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

To:     Litigation Liaison
        Miami Correctional Facility

### ORDER TO PRODUCE INMATE AT COURT PROCEEDING

You or your designee(s) are **ORDERED** to produce Shaun Steele, #994225, at the

time and place specified in this Order.

| | |
|---|---|
| Inmate to be Produced: | **SHAUN L. STEELE, #994225** |
| Date to be Produced: | January 25, 2016 |
| Time: | 10:00 a.m. |
| Place to be Produced: | Courtroom 243 |
| | United States Courthouse |
| | 46 East Ohio Street |
| | Indianapolis, IN 46204 |

Expected Duration of Court Proceeding:  Up to 90 minutes

Any questions or information concerning this Order should be brought to the attention of

the Judge's Courtroom Deputy at 317-229-3930.

Date:  11/24/2015

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

SHAUN L. STEELE, 994225
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically registered counsel

Litigation Liaison
MIAMI CORRECTIONAL FACILITY
3038 West 850 South
BUNKER HILL, IN 46914

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204