UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAUN STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No.: 1:13−CV−00982−JMS−DKL |
| ) | |
| WENDY KNIGHT, Superintendent, et al ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATIONS AND MOTION TO WITHDRAW REQUEST FOR *PAVEY* HEARING

Plaintiff, Shaun Steele, by counsel, David. Frank, and Defendants, Superintendent Wendy Knight, Officer Matt Johnson, Sgt. Jeff Peters, by counsel, William H. Brainard and Jon P. Nagy, Deputy Attorneys General, and Dale Fleming, by Adriana Katzen, submits the following stipulations in advance of the *Pavey* hearing scheduled for February 26, 2016, and asks that said hearing be cancelled and removed from the Court's calendar:

1. The Defendants withdraw their affirmative defense as to Plaintiff Steele's alleged failure to exhaust his administrative remedies.

2. The claims of plaintiff Steele as against Wendy Knight, in her individual and official capacities, shall continue forward in this lawsuit and will be resolved on the merits.

3. The claims against Wendy Knight that shall continue forward in this lawsuit, as set forth in the Amended Complaint [ECF 62] and clarified by the Court in its "Entry Granting Motion for Clarification and Reconsideration, Setting Forth Claims, and Directing Further Proceedings and Service of Process" [ECF 61], are claims of violations of the Eighth Amendment to the Constitution as to Steele's conditions of confinement, based on each of the following acts or omissions:

1

    a. Steele was not provided reasonable access to restroom facilities, sinks, and drinking water.

    b. As a result of policies put into place by Superintendent Wendy Knight, the plaintiff was forced to urinate and defecate in containers, he was forced to eat and rest in a cell with the smell of feces in the air, and he was not able to wash his hands before he ate.

    c. Superintendent Knight ordered extended lockdown of the prison at times, including but not limited to January 20, 2011, through January 27, 2011, December 16, 2011, and November 22, 2013, without making alternative provisions for adequate access to restroom facilities and water.

    d. Superintendent Knight ordered that no inmate have a key to his cell and had all trash cans removed from the cells, thereby removing one possible container for restroom use.

    e. Superintendent Knight also failed to provide proper air circulation and ventilation, resulting in extreme heat when locked in a cell at times including July 5, 2012.

    f. Superintendent Knight required two inmates to live in a less than 30 square foot cell that was designed for one man, making the lack of toilet facilities and lack of ventilation even more uncomfortable.

4. Plaintiff claims these conditions violated the Eighth Amendment to the Constitution and caused him extreme pain, discomfort, and emotional distress. Defendant Wendy Knight stipulates and agrees that Steele the full array of damages, including compensatory and punitive damages as set forth in the Amended Complaint [ECF 62, pp. 13-14], shall be available to Steele for the remaining claims in this lawsuit, subject

to the verdict of the jury or ruling of this Court as to the merits of Steele's Eight Amendment claims.

5. Plaintiff Steele stipulates and agrees that the claims against Sgt. Jeff Peters, in his individual and official capacities, shall be dismissed form this lawsuit, without prejudice.

6. Plaintiff Steele stipulates and agrees that the claims against Dale Fleming, in his individual and official capacities, shall be dismissed form this lawsuit, without prejudice.

7. Plaintiff Steele stipulates and agrees that the claims against Matt Johnson, in his individual and official capacities, shall be dismissed form this lawsuit, without prejudice.

8. Defendant Knight acknowledges, and Plaintiff Steele agrees, that the dismissal of Fleming, Peters, and Johnson from this lawsuit does not foreclose Steele from offering evidence as to their actions in support of his claims against Defendant Knight.

9. The parties further stipulate that Plaintiff Steele may be allowed to amend his Complaint with respect to adding an additional "official capacity" party for purposes of his Eighth Amendment claim(s).

The stipulations set forth above fully resolve all disputed issues between the parties as to the Defendants' assertion that plaintiff failed to exhaust his administrative remedies. The case may now move forward on the merits.

Consequently, there is no further need for the *Pavey* hearing currently scheduled for February 26, 2016 and the parties request that said hearing be cancelled.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   | By: | */s/ David Frank*<br>Mr. David Frank<br>Christopher Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
|   |   | *Counsel for Plaintiff Shaun Steele* |
| AND |   | GREGORY F. ZOELLER<br>Indiana Attorney General<br>Attorney No. 1958-98 |
|   | By: | */s/ Jonathan P. Nagy*<br>Jonathan P. Nagy<br>Deputy Attorney General<br>Atty. No. 20975-49 |
|   |   | *Counsel for Defendants Knight, Johnson, and Peters* |
| AND |   | */s/ Adriana Katzen*<br>Bleeke Dillon Crandall<br>Atty. No. 31620-49 |
|   |   | *Counsel for Defendant Dale Fleming* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2016, a copy of the foregoing, *Stipulation of Facts,* was filed electronically using the Court's CM/ECF system, sending notice to the following party. Parties may access this filing using the Court's system.


Christopher C. Myers
Ilene M. Smith
David W. Frank
CHRISTOPHER C. MYERS & ASSOCIATES
dfrank@myers-law.com

Jeb Adam Crandall, Esq.
Adriana Katzen
BLEEKE DILLON CRANDALL, P.C.
jeb@bleekedilloncrandall.com

                *s/Jonathan P. Nagy*
                William H. Brainard
                Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-7192
Fax: (317) 232-7979
E-mail: Jonathan.Nagy@atg.in.gov